UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:21-cr-00060-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JEFFREY RICE,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Early Termination of Supervised Release. (Doc. No. 2).

Defendant has requested early termination of his supervised release and states that he has successfully completed almost two years of his three-year supervised release term. However, this Court will not reach the merits of a request for early termination unless it is accompanied by a statement from Defendant's supervising officer that Defendant has in fact successfully completed at least one year of his supervised release and that he is a suitable candidate for early termination.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant's pro se Motion for Early Termination of Supervised Release (Doc. No. 2) is **DENIED WITHOUT PREJUDICE**.

Signed: January 18, 2023



Max O. Cogburn Jr.
United States District Judge